# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SQUATRITO, DOMINIC J. | US DISTRICT COURT HARTFORD, CT | 5/12/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTR. JUDGE-SENIOR STATUS | ☐ Nomination   Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> 5b. ☐ Amended Report | 01/01/2015 <br> to <br> 12/31/2015 |

**7. Chambers or Office Address**

US DISTRICT COURT
450 MAIN STREET
HARTFORD, CT 06103

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 5/12/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | ▓▓▓▓▓▓▓▓▓▓ wages and pass through |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 5/12/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | People's United Bank | Mortgage and equipment notes, and revolving credit for ▮▮▮▮, Inc. and Suri Realty, LLC | P2 |
| 2. | Connecticut Innovations, Inc. | Mortgage and equipment notes ▮▮▮▮ LLC | P1 |
| 3. | The State of Connecticut Department of Community and Economic Development (DECD) | Equipment and leasehold improvement note for ▮▮▮▮ ▮▮▮▮ | P1 |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 5/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Webster Bank - checking account | A | Interest | K | T | | | | | |
| 2. Fidelity Contra Fund - mutual fund | A | Dividend | J | T | | | | | |
| 3.      South Windsor, CT | G | Rent | P2 | W | | | | | |
| 4.      - common stock | A | Int./Div. | P1 | U | | | | | |
| 5. Land, Windham, CT | | None | K | W | | | | | |
| 6. Coventry, CT Real Estate | | None | J | W | | | | | |
| 7. National Financial Services | A | Dividend | L | T | | | | | |
| 8. People's United Bank - checking account | A | Interest | K | T | | | | | |
| 9. Lincoln Financial - checking | A | Interest | L | T | | | | | |
| 10. John Hancock Lifestyle Conservative Fund (401k) | A | Interest | M | T | | | | | |
| 11. Hines Global REIT | A | Int./Div. | L | T | | | | | |
| 12. Wilmington Trust Cash | D | Interest | M | T | | | | | |
| 13. Abbott Laboratories - common stock | A | Dividend | K | T | | | | | |
| 14. Abbvie Inc - common stock | A | Dividend | K | T | | | | | |
| 15. Apple Inc - common stock | B | Dividend | L | T | | | | | |
| 16. Chevron Corp - common stock | B | Dividend | K | T | | | | | |
| 17. Citigroup Inc - common stock | A | Dividend | K | T | Buy (add'l) | 07/08/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 5/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  Coca Cola Co Com - common stock | A | Dividend | K | T | | | | | |
| 19.  Cummins Inc Com - common stock | A | Dividend | J | T | | | | | |
| 20.  Danaher Corp Com - common stock | A | Dividend | K | T | | | | | |
| 21.  Delta Airlines Inc - common stock | A | Dividend | | | Sold | 07/08/15 | J | | |
| 22.  Digital Airlines Inc - common stock | A | Dividend | J | T | | | | | |
| 23.  Walt Disney Co - common stock | A | Dividend | K | T | | | | | |
| 24.  Ecolab Inc Com - common stock | A | Dividend | K | T | | | | | |
| 25.  EMC Corp Mass Com - common stock | A | Dividend | K | T | | | | | |
| 26.  Exxon Mobil Corp - common stock | A | Dividend | K | T | | | | | |
| 27.  Gallagher Arthur J & Co - common stock | A | Dividend | J | T | | | | | |
| 28.  Home Loan Servicing Solution - common stock | A | Dividend | | | Sold | 03/30/15 | J | | |
| 29.  Honeywell Intl Inc Com - common stock | A | Dividend | K | T | | | | | |
| 30.  International Business Machines Corp - common stock | A | Dividend | J | T | | | | | |
| 31.  Illinois Tool Sks Inc Com - common stock | A | Dividend | K | T | | | | | |
| 32.  ITC Holdings Corp - common stock | A | Dividend | K | T | | | | | |
| 33.  JP Morgan Chase - common stock | A | Dividend | K | T | Buy | 07/08/15 | J | | |
| 34.  Kimberly Clark Corp - common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 5/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Kroger Company - common stock | A | Dividend | J | T | | | | | |
| 36. Merck & Company - common stock | A | Dividend | J | T | | | | | |
| 37. Nextera Energy Inc - common stock | A | Dividend | K | T | | | | | |
| 38. Occidental Petroleum Corp - common stock (X) | A | Dividend | J | T | | | | | |
| 39. Omnicom Group Inc Com - common stock | A | Dividend | K | T | | | | | |
| 40. Panera Bread Co - common stock | A | Dividend | | | Sold | 04/15/15 | L | | |
| 41. Paychex Inc Com - common stock | A | Dividend | J | T | | | | | |
| 42. Pepsico Inc Com - common stock | A | Dividend | K | T | | | | | |
| 43. Pfizer Inc - common stock | A | Dividend | J | T | | | | | |
| 44. PNC Financial Services Group Inc - common stock | A | Dividend | J | T | | | | | |
| 45. Praxair Inc - common stock | A | Dividend | J | T | | | | | |
| 46. Procter & Gamble Co com - common stock | A | Dividend | K | T | | | | | |
| 47. Qualcomm Inc Com - common stock | A | Dividend | J | T | | | | | |
| 48. Southern Co Com - common stock | B | Dividend | K | T | Sold (part) | 07/08/15 | J | | |
| 49. Sysco Corp - common stock | A | Dividend | J | T | | | | | |
| 50. Target Corp - common stock | A | Dividend | K | T | | | | | |
| 51. Union Pacific Corp - common stock | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 5/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. United Technologies Corp - common stock | A | Dividend | K | T | | | | | |
| 53. Wells Fargo & Co - common stock | A | Dividend | K | T | | | | | |
| 54. The Williams Company Inc | B | Dividend | J | T | | | | | |
| 55. Citizens PPTY Ins Corp Florida | B | Int./Div. | K | T | | | | | |
| 56. Colorado State Dept of Transportation | B | Int./Div. | K | T | | | | | |
| 57. Johnson County Kansas Sch Dist | A | Int./Div. | K | T | | | | | |
| 58. Pheonix Arizona Civic Impt Corp | B | Int./Div. | K | T | | | | | |
| 59. Cumberland Cnty North Carolina | B | Int./Div. | K | T | | | | | |
| 60. Georgia State | B | Int./Div. | K | T | | | | | |
| 61. Philadelphia Pennsylvania Str & Wst | B | Int./Div. | K | T | | | | | |
| 62. Mesa Arizona Highway Rescue | B | Int./Div. | | | Sold | 08/03/15 | K | | |
| 63. Michigan State Fin Auth Revenue | B | Int./Div. | K | T | | | | | |
| 64. Michigan State Fin Auth Revenue | B | Int./Div. | K | T | | | | | |
| 65. Ohio State Univ | B | Int./Div. | K | T | | | | | |
| 66. Keller TX INDPT SCH | B | Int./Div. | K | T | | | | | |
| 67. Indiana State Fin Auth Rev | A | Int./Div. | K | T | | | | | |
| 68. Charleston South Carolina WTRWKS | B | Int./Div. | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 5/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Pasadena Texas | B | Int./Div. | K | T | | | | | |
| 70. Missouri State Hlth & Eductnl Fac | B | Int./Div. | K | T | | | | | |
| 71. Pflugerville Texas Indep Sch Dist | B | Int./Div. | K | T | | | | | |
| 72. Souderton Pennsylvania Area Sch Dist | A | Int./Div. | | | Sold | 05/15/15 | K | | |
| 73. Deutsch CMO - bond | A | Int./Div. | J | T | | | | | |
| 74. Ishares cohen & Steers Reits ETF | A | Interest | L | T | Buy (add'l) | 03/31/15 | J | | |
| 75. Harbor International | A | Int./Div. | | | Buy | 04/08/15 | K | | |
| 76. Harbor International | A | Int./Div. | | | Sold | 10/30/15 | K | | |
| 77. Vanguard FTSE Emerging | A | Int./Div. | | | Buy | 04/10/15 | J | | |
| 78. Vanguard FTSE Emerging | A | Int./Div. | | | Sold | 10/29/15 | J | | |
| 79. District of Columbia | A | Int./Div. | K | T | Buy | 06/24/15 | K | | |
| 80. Biogen, Inc - common stock | A | Dividend | K | T | Buy | 07/08/15 | K | | |
| 81. Stryker Corp - common stock | A | Dividend | K | T | Buy | 07/08/15 | K | | |
| 82. Austin, TX | A | Interest | K | T | Buy | 09/10/15 | K | | |
| 83. Fort Bend CNTY TX | A | Interest | K | T | Buy | 11/25/15 | K | | |
| 84. Rhode Island ST HLTH | A | Interest | K | T | Buy | 11/25/15 | K | | |
| 85. Dripping Springs TX | A | Interest | K | T | Buy | 11/30/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 5/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Wilmington Large-Cap Strategy Fund | A | Int./Div. | J | T | Buy | 12/28/15 | J | | |
| 87. Gwinnett CNTY Georgia SCH Dist | A | Interest | K | T | Buy | 12/08/15 | K | | |
| 88. Isilip New York Free SCH Dist | A | Interest | K | T | Buy | 12/09/15 | K | | |
| 89. Ishares Core MSCI Emerging Markets | A | Int./Div. | J | T | Buy | 10/29/15 | K | | |
| 90. Ishares TIPS Bond ETF | A | Int./Div. | K | T | Buy | 03/30/15 | K | | |
| 91. Ishares Global Energy ETF AT | A | Int./Div. | | | Buy | 04/10/15 | J | | |
| 92. Ishares Global Energy ETF AT | A | Int./Div. | | | Sold | 12/30/15 | J | | |
| 93. | | | | | | | | | |
| 94. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **SQUATRITO, DOMINIC J.** | 5/12/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Dominic Squatrito has a hedge investment called "Hines Global Reit, Inc" that has an unknown value as of 12/31/2015. Therefore this was not included in Part VII of this report.

The following properties are personal residences and are therefore not listed in section VII:
Cossombrato, Italy
Vacation Property, South Kingston, RI
Vacation Property, South Kingston, RI

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ DOMINIC J. SQUATRITO**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544